UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EUTIQUIO VASQUEZ ORTEGA,

                    Plaintiff,

-against-

CICCIANOS PIZZA II, INC., MANUEL
CUATLACUATL, ASHLEY CUATLACUATL,
DENISE PIZZERIA LLC,

                    Defendants.
-------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

22-CV-0196 (RER) (MMH)

**RAMÓN E. REYES, JR., United States District Judge:**

      In a report and recommendation dated December 16, 2024, (Order dated 12/16/2024 (the "R&R")), Magistrate Judge Marcia M. Henry recommended that the Court grant the motion for settlement approval (ECF Nos. [33], [35]). (R&R). Judge Henry advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed without prejudice.

      The Clerk of Court is directed to enter judgment in favor of defendants and to close this case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
_____

RAMÓN E. REYES, JR.
United States District Judge

Dated: December 30, 2024
        Brooklyn, NY